■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO GONZALEZ, Appellant. [818 NYS2d 472]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered May 12, 2004, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal precludes review of his contention that he was denied the effective assistance of counsel, except to the extent that it may have affected the voluntariness of his plea of guilty (*see People v Eaton,* 14 AD3d 577, 577-578 [2005]; *People v Pryor,* 12 AD3d 695 [2004]; *People v Demosthene,* 2 AD3d 874 [2003]). The record demonstrates that the defendant's plea of guilty was knowing, voluntary, and intelligent (*see People v Fiumefreddo,* 82 NY2d 536, 543 [1993]; *People v Lopez,* 71 NY2d 662, 666 [1988]; *People v Harris,* 61 NY2d 9, 17 [1983]). Schmidt, J.P., Crane, Krausman, Skelos and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHILOH HYLTON, Appellant. [818 NYS2d 484]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 1, 2003 (*People v Hylton,* 2 AD3d 459 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered October 17, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Luciano, JJ., concur.